# EXHIBIT B

**Patent Claims Analysis**

**of**

**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**

**CVS ExtraCare Card**

# US9280689B2

United States

**Inventor** Marvin T. Ling

**Current Assignee** Individual

Worldwide applications

2011  WO ~~EP~~ US

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |

Total patentTerm Adjustments
arrow_upward
101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

    (a) providing a personal code to a person for their use to purchase goods;

    (b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

    (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

    (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

    (e) depositing funds in said User Account to establish a credit limit;

    (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

    (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

    (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

    (i) forwarding the approval signal to the vendor cash register; and

    (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *CVS ExtraCare Card has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.*<br><br><*https://www.cvs.com/extracare/home/*> *© 2024* |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *Plaintiff contends that the method provides a **personal code** ["ExtraCare Card Number"] to a person for their use to **purchase goods** ["Shop wellness essentials"].*<br><br>*For example, the method involves issuing a personal identification code, referred to as the "ExtraCare Card Number," to an individual. This code is provided for the person to use when purchasing goods, such as wellness essentials, enabling them to access rewards or benefits associated with the ExtraCare program.* |

| | | |
|---|---|---|
| | |  <https://www.cvs.com/retail/help/extracare-contact-us.html> © 2024<br><br><https://www.cvs.com/?icid=cvsheader:cvslogo> © 2024 |
| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including | *Plaintiff contends that the method converts said **personal code** ["ExtraCare Card Number"] into barcode format to form a **User ID Barcode** [ExtraCare Card Barcode], said **User ID Barcode** [ExtraCare Card Barcode] corresponding to said **personal code** ["ExtraCare Card Number"] and including at least one **special character** ["Code 128 can also encode … special characters"] to distinguish the barcode as a **User ID Barcode** [ExtraCare Card Barcode] from a **product barcode** ["UPC and EAN will only encode numbers"].* |

| | |
|---|---|
| at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | *For example, the method involves transforming a personal code, referred to as the "ExtraCare Card Number," into a barcode format, creating what is known as the User ID Barcode (the "ExtraCare Card Barcode"). This barcode matches the personal code and includes at least one special character. The purpose of including special characters is to differentiate this barcode, used for identifying the user, from standard product barcodes, which only encode numerical data like UPC and EAN codes used for products. This distinction helps the system recognize the barcode as a personal identification tool rather than a product identifier.*<br><br><br><[https://www.cvs.com/retail/help/extracare-contact-us.html](https://www.cvs.com/retail/help/extracare-contact-us.html)> © 2024<br><br> The CVS ExtraCare program typically uses a **Code 128** barcode on its membership cards. This barcode encodes alphanumeric information, such as the ExtraCare membership number, allowing for efficient scanning at checkout to apply rewards and offers.<br><br>**Code 128 vs UPC / EAN**<br><br>UPC and EAN will only encode numbers while **Code 128** can also encode letters (large cap and small cap) and a variety of special characters. In addition, EAN and UPC are fixed length codes: They only encode exactly twelve (UPC-A, GTIN-12) or thirteen (EAN 13, GTIN-13) digits. For more about EAN, see EAN 13 Explained.<br><*[https://softmatic.com/barcode-code-128.html](https://softmatic.com/barcode-code-128.html)*> *© 2022* |

| | | |
|---|---|---|
| | | **Result**<br>**Format:**<br>CODE_128<br>**Type:**<br>Text<br>**Content:**<br>6275980396015067034<br>The result contains not printable characters.<br>**Hex values:**<br>36 32 37 35 39 38 30 33 39 36 30 31 35 30 36 37 30 33 34 0a<br><*https://www.onlinebarcodereader.com/*> |
| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *Plaintiff contends that the method stores said* **personal code** *["ExtraCare Card Number"] in said* **User ID Barcode** *[ExtraCare Card Barcode] format by said person for use to* **purchase goods** *["Shop wellness essentials"] and storing said* **personal code** *["ExtraCare Card Number"] in a* **User Vendor Management Server** *["secured servers for our Registration/Membership"] to permit* **purchases** *["Shop wellness essentials"] to be made at a vendor.*<br><br>*For example, the method involves converting a personal code, referred to as the "ExtraCare Card Number," into a barcode format (the "ExtraCare Card Barcode"). This barcode is used by the person to make purchases, such as "wellness essentials." Additionally, the personal code is stored in a secure User Vendor Management Server, which acts like a registration or membership system, allowing the person to make purchases at participating vendors. Essentially, this system links the user's barcode to a secure server that manages their membership information and authorizes transactions.*<br><br><br><*https://www.cvs.com/retail/help/extracare-contact-us.html*> © 2024 |

| | | |
|---|---|---|
| | |  <https://www.cvs.com/?icid=cvsheader:cvslogo> © 2024 ![text block about secured servers] <https://www.cvs.com/retail/help/privacy_policy_window1> © 2024 |
| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *Plaintiff contends that the method establishes a* **User Account** *["Create a CVS.com Account"] in a* **User Vendor Management Server** *["secured servers for our Registration/Membership"] corresponding to said* **personal code** *["ExtraCare Card Number"].* *For example, the method involves setting up a user account ("Create a CVS.com Account") on a secure server ("secured servers for our Registration/Membership"). This user account is linked to the individual's personal code, which in this case is the "ExtraCare Card Number." This system allows the user to manage their membership* |

*and transactions through the secured server, linking their personal code to their account for purchases.*

> Need to replace your card? Request a new ExtraCare® card when you **Create a CVS.com Account®**. If you already have a CVS.com® account, sign in and go to the ExtraCare® box on the **Account Profile** page. Click the Get an ExtraCare® Card link and follow the directions.

<*https://www.cvs.com/retail/help/help-subtopic-extracare-card*> *© 2024*

> You can tell you have entered a secured area when you look at the Universal Resource Locator (URL) in your browser's address bar and see that it has "https://" before the rest of the Web address. The "s" means that the page is hosted from a secured server. We use secured servers for our Registration/Membership and Sign In pages, Your Account pages, order processing pages, and special promotions. Unsecured pages have URLs that begin with "http://" (without the "s"). Most of our shopping aisles and health information areas are hosted from servers that do not use SSL. Since we do not collect personal information in these areas, using regular servers ensures a faster browsing experience.

<*https://www.cvs.com/retail/help/privacy_policy_window1*> *© 2024*



<*https://www.cvs.com/retail/help/extracare-contact-us.html*> *© 2024*

| | | |
|---|---|---|
| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | Plaintiff contends that the method deposits funds in said **User Account** [*"Create a CVS.com Account"*] to establish a **credit limit** [*"transfer balances from the lost card to a new card"*].<br><br>*For example, the method involves transferring funds into the user account ("Create a CVS.com Account"), which essentially sets up a credit or balance limit for the user. For example, if the original card is lost, any remaining balances can be moved from the lost card to a new one. This ensures that the user retains access to their available funds or balance on the new card.*<br><br>> Need to replace your card? Request a new ExtraCare® card when you **Create a CVS.com Account®**. If you already have a CVS.com® account, sign in and go to the ExtraCare® box on the **Account Profile** page. Click the Get an ExtraCare® Card link and follow the directions.<br><br>*<https://www.cvs.com/retail/help/help-subtopic-extracare-card> © 2024*<br><br>> Lost your card? We can transfer balances from the lost card to a new card. It will take 3- 4 weeks for the replacement card to arrive by mail. Just call ExtraCare® Customer Service at **1-800-SHOP CVS (1-800-746-7287)**.<br><br>*<https://www.cvs.com/retail/help/help-subtopic-extracare-card> © 2024* |
| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | Plaintiff contends that the method conducts **purchases** [*"Shop wellness essentials"*] at vendors each having a **vendor server** [*"regular servers"*] wherein each **purchase** [*"Shop wellness essentials"*] includes scanning **product barcodes** [*"UPC and EAN will only encode numbers"*] including **product price** [*"$34.99"*] and said **User ID Barcode** [*ExtraCare Card Barcode*] with a **product barcode** [*"UPC and EAN will only encode numbers"*] **scanner** [*"scannable ExtraCare® "card""*] at the **vendor cash register** [*"registers"*] and transmitting both **product barcodes** [*"UPC and EAN will only encode numbers"*] and **User ID Barcode** [*ExtraCare Card Barcode*] to said **vendor server** [*"regular servers"*].<br><br>*For example,* |



<https://www.cvs.com/?icid=cvsheader:cvslogo> © 2024

<https://www.cvs.com/shop/cvs-health-series-700-fabric-heating-pad-prodid-466075> © 2024

You can tell you have entered a secured area when you look at the Universal Resource Locator (URL) in your browser's address bar and see that it has "https://" before the rest of the Web address. The "s" means that the page is hosted from a secured server. We use secured servers for our Registration/Membership and Sign In pages, Your Account pages, order processing pages, and special promotions. Unsecured pages have URLs that begin with "http://" (without the "s"). Most of our shopping aisles and health information areas are hosted from servers that do not use SSL. Since we do not collect personal information in these areas, using regular servers ensures a faster browsing experience.

<*https://www.cvs.com/retail/help/privacy_policy_window1*> © 2024

## Code 128 vs UPC / EAN

UPC and EAN will only encode numbers while **Code 128** can also encode letters (large cap and small cap) and a variety of special characters. In addition, EAN and UPC are fixed length codes: They only encode exactly twelve (UPC-A, GTIN-12) or thirteen (EAN 13, GTIN-13) digits. For more about EAN, see EAN 13 Explained.

<*https://softmatic.com/barcode-code-128.html*> © 2022



<*https://www.cvs.com/retail/help/extracare-contact-us.html*> © 2024

You can create a scannable ExtraCare® "card" and save it to your CVS/pharmacy mobile app, too. Your mobile "card" will contain a barcode that can be scanned at most registers and ExtraCare® Coupon Centers. Unfortunately, mobile devices cannot be scanned at self-checkouts and select ExtraCare® Coupon Centers.

| | | |
|---|---|---|
| | | <https://www.cvs.com/retail/help/help-subtopic-extracare-card> © 2024 |
| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *Plaintiff contends that the method detects the* **User ID Barcode** *[ExtraCare Card Barcode] at the* **vendor server** *["regular servers"] and forwarding the* **ID Barcode** *[ExtraCare Card Barcode] and* **purchase price** *["$34.99"] to said* **User Vendor Management Server** *["secured servers for our Registration/Membership"].*<br><br>*For example, the method detects the User ID Barcode (referred to as the "ExtraCare Card Barcode") at the vendor's server (referred to as the "regular servers"). Once detected, the barcode and the associated purchase price (for example, "$34.99") are sent to the User Vendor Management Server (referred to as the "secured servers for our Registration/Membership"). This system enables secure communication between the vendor and the server to process purchases linked to the user's account.*<br><br><https://www.cvs.com/retail/help/extracare-contact-us.html> © 2024<br><br><*https://www.cvs.com/retail/help/privacy_policy_window1*> *© 2024* |

| | | |
|---|---|---|
| | | <https://www.cvs.com/shop/cvs-health-series-700-fabric-heating-pad-prodid-466075> © 2024 <br><br> <https://www.cvs.com/retail/help/privacy_policy_window1> © 2024 |
| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an | *Plaintiff contends that the method compares the* **purchase price** *["$34.99"] with the funds in said* **User Vendor Management Server** *["secured servers for our Registration/Membership"] to determine if there are available funds within the* **credit limit** *["transfer balances from the lost card to a new card"] in the* **User Vendor Management Server** *["secured servers for our Registration/Membership"] account, and if there are, sending an* **approval signal** *["Complete your transaction"] to the* **vendor server** *["regular servers"].* <br><br> *For example, the method compares the purchase price (e.g., "$34.99") with the available funds stored in the User Vendor Management Server (referred to as "secured* |

| | | |
|---|---|---|
| | approval signal to the vendor server; | servers for our Registration/Membership"). This comparison is conducted to determine if sufficient funds exist within the account's credit limit (related to features such as "transferring balances from a lost card to a new card"). If there are enough available funds, the system sends an approval signal (such as "Complete your transaction") back to the vendor's server (referred to as "regular servers") to finalize the purchase.<br><br>*<https://www.cvs.com/shop/cvs-health-series-700-fabric-heating-pad-prodid-466075>* © 2024<br><br>*<https://www.cvs.com/retail/help/privacy_policy_window1>* © 2024 |

| | | |
|---|---|---|
| | | Lost your card? We can transfer balances from the lost card to a new card. It will take 3- 4 weeks for the replacement card to arrive by mail. Just call ExtraCare® Customer Service at **1-800-SHOP CVS (1-800-746-7287)**.<br><*https://www.cvs.com/retail/help/help-subtopic-extracare-card*> *© 2024*<br><br>The Verify Order page provides you the opportunity to review and modify your selections, change your billing and shipping preferences or cancel your order if needed. Complete your transaction by clicking the Submit button and proceed to the confirmation page, where you'll see your confirmation number. We'll also email your order confirmation number and receipt.<br><*https://www.cvs.com/retail/help/help-subtopic-checkout*> *© 2024*<br><br><*https://www.cvs.com/retail/help/privacy_policy_window1*> *© 2024* |
| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *Plaintiff contends that the method forwards the* **approval signal** *[*"Complete your transaction"*] to the* **vendor cash register** *[*"registers"*].*<br><br>*For example, the method includes the process of transmitting an approval signal (such as "Complete your transaction") from the vendor's server to the vendor's cash register system ("registers"). This signal allows the cash register to finalize the transaction based on the confirmation from the User Vendor Management Server that sufficient funds or credit are available for the purchase.* |

| | | |
|---|---|---|
| | | The Verify Order page provides you the opportunity to review and modify your selections, change your billing and shipping preferences or cancel your order if needed. **Complete your transaction** by clicking the Submit button and proceed to the confirmation page, where you'll see your confirmation number. We'll also email your order confirmation number and receipt.<br><*https://www.cvs.com/retail/help/help-subtopic-checkout*> © 2024<br><br>You can create a scannable ExtraCare® "card" and save it to your CVS/pharmacy mobile app, too. Your mobile "card" will contain a barcode that can be scanned at most **registers** and ExtraCare® Coupon Centers. Unfortunately, mobile devices cannot be scanned at self-checkouts and select ExtraCare® Coupon Centers.<br><https://www.cvs.com/retail/help/help-subtopic-extracare-card> © 2024 |
| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode. | *Plaintiff contends that the method repeats steps (f) through (i) for subsequent purchase transactions using said **User ID Barcode** [ExtraCare Card Barcode].*<br><br>*For example, the method involves repeating the process of scanning the User ID Barcode, such as the ExtraCare Card Barcode, and completing purchase transactions in the same way as previous transactions. Specifically, this means that for each new transaction, the steps of scanning the barcode and processing the transaction through the system are repeated to ensure the proper application of rewards or benefits.*<br><br><https://www.cvs.com/retail/help/extracare-contact-us.html> © 2024 |