UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No.   MO:24-CV-00308 |
| | § | |
| **CVS PHARMACY, INC.,** | § | |
| *Defendant.* | § | |
| | § | |

## ORDER TO REQUIRE SERVICE

The above-styled and numbered cause was filed in this Court on November 27, 2024. Court records indicate the Complaint remains pending before the Court without proof of service of process upon or response of Defendant **CVS PHARMACY, INC.** All documents filed with the Clerk of this Court are required to "contain an acknowledgment of service by the person served, or proof of service in the form of a statement of the date and manner of service and the names of the persons served, certified by the person who made the service." Local Court Rule CV-5(b)(2); see Fed. R. Civ. P. 4. If papers are filed without acknowledgment or proof of service, proof thereof is required to be filed promptly thereafter.

It is **ORDERED** that Plaintiff shall file with the Clerk of this Court proof of service upon Defendant **CVS PHARMACY, INC.,** no later than **Friday, March 21, 2025**. Failure to respond or to explain why service has not been accomplished will result in the Dismissal of the Complaint as to the Defendant(s) for whom proof of service is not filed, for **FAILURE OF PLAINTIFF TO PROSECUTE OR TO COMPLY**, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SIGNED** this 10th day of March, 2025.

_____
DAVID   COUNTS
UNITED STATES DISTRICT JUDGE