**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>    Plaintiff, | Civil Action No. 7:24-cv-00308-DC |
| v. | |
| **CVS PHARMACY, INC.,**<br>    Defendant | JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Wolverine Barcode IP, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent. Each party shall bear its own costs, expenses and attorneys' fees.

 Dated:  April 15, 2025

                                    Respectfully submitted,

                                    */s/ William P. Ramey, III*
                                    WILLIAM P. RAMEY III
                                    Texas Bar No. 24027643
                                    **RAMEY, LLP**
                                    5020 Montrose Blvd., Ste. 800
                                    Houston, Texas 77006
                                    Tel. (713) 426-3923
                                    Fax. (832) 900-4941
                                    Email wramey@rameyfirm.com

                                    *Attorneys for Wolverine Barcode IP, LLC*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that April 15, 2025, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

> */s/ William P. Ramey, III*
> William P. Ramey, III